**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE: 714- 668-2400
FACSIMILE: 714- 668-2490

Donald E. Bradley (State Bar No. 145037)
  d.bradley@mpglaw.com

Attorney for Defendant TRANS UNION LLC
(Incorrectly named TransUnion Interactive, Inc.)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY TOPOLEWSKI,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN EXPRESS COMPANY and TRANS UNION, LLC, and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.  CV 14-03870<br><br>**DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL**<br><br>[Removed from the Superior Court of California, Los Angeles County, Case No. LC 100382]<br><br>Amended Complaint Served: April 29, 2014 |

Trans Union LLC ("Trans Union"), incorrectly named Trans Union, LLC, files this Notice of Removal pursuant to 28 U.S.C. §1446(d) and in support thereof would respectfully show the Court as follows:

### A.  Procedural Background

1. On April 30, 2014, Plaintiff Gary Topolewski ("Plaintiff") filed the Amended Complaint in this action in the Superior Court of California, Los Angeles County, Case No. LC 100382, ("State Court Action") alleging that Defendants

American Express Company ("American Express"), and Trans Union LLC ("Trans Union") incorrectly named Trans Union, LLC, violated the Fair Credit Reporting Act 15 U.S.C. §§1681, *et seq*. This is the first time that a federal question has arisen in the subject lawsuit. A complete and accurate copy of the First Amended Complaint for Damages is attached hereto as **Exhibit A.** Complete and accurate copies of the Superior Court's Docket and all pleadings filed to date in the Superior Court Action are attached hereto as **Exhibits B-R**.

2. The time period for filing a responsive pleading in the Superior Court Action has not expired as of the filing of this Notice of Removal.

3. The Defendants were served with Plaintiff's First Amended Complaint before it was filed, via telefax, on April 29, 2014. This Notice of Removal is being filed within the 30-day time period required by 28 U.S.C. §1446(b). A complete and accurate copy of Defendant American Express's Joinder and Consent to Removal is attached hereto as **Exhibit S**.

## B. Grounds for Removal

4. The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1331 and may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1441(b), as it is a civil action founded on a claim or right arising under the laws of the United States. Removal is thus proper because Plaintiff's claims present a federal question. *Id.* In the Plaintiff First Cause of Action in his First Amended Complaint, Plaintiff seeks damages for Defendants' alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq*. Moreover, any future claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. §1367.

### C. Compliance with Procedural Requirements

5. Pursuant to 28 U.S.C. §1446(b), this Notice is being filed with this Court within 30 days after the Defendants received a copy of Plaintiff's initial pleading setting forth the federal claims for relief upon which Plaintiff's action is based.

6. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending.

7. Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Los Angeles, as required by 28 U.S.C. §1446(d).

8. Other than those attached hereto in **Exhibits A-R**, no other proceedings, process, pleadings, orders or other papers have been filed or served in the Superior Court Action. Trial has not commenced in Superior Court of California, Los Angeles County, Case No. LC 100382.

9. By filling this Notice of Removal, Trans Union consents to the removal of this case.

WHEREFORE, Trans Union respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

DATED: May 20, 2014          MUSICK, PEELER & GARRETT LLP

                             By:  */s/ Donald E. Bradley*
                                  Donald E. Bradley
                                  Attorneys for Defendant TRANS UNION LLC

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On May 20, 2014, I served true copies of the following document(s) described as **DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Musick, Peeler & Garrett LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 20, 2014, at Costa Mesa, California.

*/s/ April M. Yusay*
April M. Yusay

## SERVICE LIST

| | |
|---|---|
| John Jahrmarkt<br>JAHRMARKT & ASSOCIATES<br>2049 Century Park East, Suite 3850<br>Los Angeles, CA  90067<br>Phone:  (310) 226-7676<br>Fax:      (310) 226-7677<br>Email: jjlawyer@mail.com<br>***Attorneys for Plaintiff*** | Wesley M. Griffith<br>STROOCK & STROOCK & LAVAN LLP<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>Phone:  (310) 556-5800<br>Fax:      (310) 556-5959<br>Email: wgriffith@stroock.com<br>***Attorneys for Defendant AMERICAN EXPRESS BANK, FSB*** |