# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY TOPOLEWSKI, an individual,<br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS COMPANY, a New York corporation; and<br>TRANS UNION, LLC a ASSOCIATION, a Limited Liability Company and DOES 1 through 50, inclusive,<br>Defendants. | Case No.  CV-14-03870 JAK (SHx)<br><br>Hon. John A. Kronstadt, Courtroom 750<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

  Plaintiff Gary Topolewski has announced to the Court that all matters in controversy against Defendants American Express Bank, FSB and Trans Union LLC have been resolved.  A Joint Stipulation of Dismissal with Prejudice has been signed and filed with the Court.  Having considered the Joint Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

  IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Gary Topolewski against Defendants American Express Bank, FSB and Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

Dated: _____  _____
                  Honorable John A. Kronstadt
                  United States District Judge

6537277.1/SP/83057/1480/012215